# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-1724
_____

MEGAN ASHLEY STEWART
MCPHERSON,

Appellant,

v.

IMCMV HOLDINGS LLC,

Appellee.

_____

On appeal from the County Court for Walton County.
Kelvin C. Wells, Judge.

August 5, 2026

PER CURIAM.

AFFIRMED. *See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150, 1152 (Fla. 1979) ("Without a record of the trial proceedings, the appellate court can not properly resolve the underlying factual issues so as to conclude that the trial court's judgment is not supported by the evidence or by an alternative theory."); *Hanniford v. United States Automobile Ass'n*, 418 So. 3d 726, 731 n.1 (Fla. 1st DCA 2025) ("Without a transcript to prove to the contrary, all potentially relevant factual issues not unequivocally resolved on the face of the existing record are presumed to favor the trial court's ruling.").

OSTERHAUS, C.J., and LEWIS and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Megan Ashley Stewart McPherson, pro se, Appellant.

No appearance for Appellee.